# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Juan Lorenzo-Felipe<br><br>Defendant. | CASE NO.  8:22CR61<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)   The defendant affirms receiving a copy of the Indictment;

(2)   The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)   The defendant pleads not guilty to all counts of the Indictment.

_____          3/15/22_____
Defendant                                                                   Date

_Kelly M. Steenbock_____          3/11/2022_____
Attorney for Defendant                                                Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  23  day of  March , 20 22 .

BY THE COURT:

_Susan M Bazis_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT